# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 20, 2023

## NO. 03-22-00755-CV

**Greater Texas Housing Solutions, LLC Individually and d/b/a GTHS Home Buyer, Appellant**

**v.**

**Men2A Properties LLC, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND SMITH**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on November 16, 2022. Having reviewed the record, the Court holds that Greater Texas Housing Solutions, LLC Individually and d/b/a GTHS Home Buyer has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.